NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0125n.06
Filed: February 15, 2005

No. 04-5099

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CARLTON B. PARKS, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CITY OF CHATTANOOGA; DETECTIVE | ) | EASTERN DISTRICT OF TENNESSEE |
| JAMES CARROLL, individually; CAPTAIN | ) | |
| STEVEN PARKS, individually; | ) | |
| LIEUTENANT STEVEN ANGEL, | ) | |
| individually, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: RYAN and COOK, Circuit Judges; BELL, District Judge.[*]

PER CURIAM. Carlton Parks appeals the district court's order granting summary judgment to the

defendants. After reviewing the record, the parties' briefs, and the applicable law, this court

determines that no jurisprudential purpose would be served by a panel opinion and affirms the

district court's decision for the reasons stated in that court's opinion.

---

[*]The Honorable Robert Holmes Bell, United States District Judge for the Western District
of Michigan, sitting by designation.